# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-18-00777-CV

---

**Olivia Overturf, Appellant**

**v.**

**Robert Garcia, Appellee**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-06-001047, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Olivia Overturf appeals from the trial court's September 27, 2018 final order rendered on Robert Garcia's petition to modify the parent-child relationship. The order appointed Garcia sole managing conservator of the parties' son, B.M.G., who was born on November 1, 2001. However, because B.M.G. recently reached the age of majority, there is no longer a live controversy, rendering Overturf's appeal moot. *See In re E.H.*, No. 02-07-343-CV, 2008 WL 2404490, at *1 (Tex. App.—Fort Worth June 12, 2008, no pet.) (mem. op.); *Ngo v. Ngo*, 133 S.W.3d 688, 691 (Tex. App.—Corpus Christi 2003, no pet.); *see also Williams v. Lara*, 52 S.W.3d 171, 184 (Tex. 2001) (justiciable controversy must exist between parties at every stage of legal proceedings, including appeal).

Accordingly, we dismiss this appeal as moot.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed as Moot

Filed:   December 6, 2019